# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00738-FDW-DSC

| | |
|---|---|
| ROSEANN GEIGER AND SHERRI HOLLEY, ) ) ) Plaintiffs, ) ) v. ) ) H&H FRANCHISING SYSTEMS, INC., ) et al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Joint Motion for Judicial Settlement Conference and Stay of Proceedings" (document # 85) filed March 5, 2019.

Based upon the Court's review of the docket, it does not appear that the parties have held a Mediated Settlement Conference. After a report has been filed detailing the results of a Mediated Settlement Conference, the parties may then request a Judicial Settlement Conference. For those reasons, the Motion will be denied without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 7, 2019

_____
David S. Cayer
United States Magistrate Judge