IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ROSEANN GEIGER and
SHERRI HOLLEY,

           Plaintiffs,

vs.

H&H FRANCHISING SYSTEMS, INC.,
GLENKAT, INC., KATHLEEN HOLDEN
and GLEN HOLDEN,

           Defendants.

CASE NO. 3:17-cv-00738-FDW-DSC

**ORDER ON AMENDED JOINT MOTION FOR STAY OF PROCEEDINGS**

**THIS MATTER** is before the Court on the parties' "Amended Joint Motion for Stay of Proceedings" (document #90). For good cause shown, the Court **GRANTS the Motion in part** and **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion to Lift Stay as to Plaintiffs Geiger, Moss and Carmon (document #80) is **GRANTED** and the previously imposed stay pending arbitration as to Plaintiffs Geiger, Moss and Carmon is **LIFTED** and they are rejoined to this action for all purposes;

2. Based upon the parties' scheduling of mediation for March 15, 2019, the action is **STAYED** as to further proceedings pending completion of the mediation and the parties' report, provided that the parties shall respond to any presently outstanding interrogatories and document requests. This Order includes a stay of briefing and disposition of the Motion for Sanctions (document #80).

3. <u>The parties are cautioned that the dispositive Motions deadline, the Motions hearing setting, and the trial date are not extended or otherwise effected by this stay</u>.

4. <u>The parties shall report no later than March 20, 2019 on the results of the mediated settlement conference. If the parties do not report a full and final settlement, the report shall include a proposed briefing schedule for the Motion for Sanctions and any other pretrial deadlines not mentioned in paragraph 3 above that they agree will require an extension.</u>

5. The parties' "Joint Motion for Stay of Proceedings" (document #89) is <u>denied as moot</u>.

**SO ORDERED**.

Signed: March 8, 2019

_____
David S. Cayer
United States Magistrate Judge