IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROSEANN GEIGER and<br>SHERRI HOLLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>H&H FRANCHISING SYSTEMS INC.,<br>GLENKAT INC., KATHLEEN HOLDEN<br>and GLEN HOLDEN,<br><br>Defendants. | CASE NO. 3:17-cv-00738-FDW-DSC |

## ORDER FOLLOWING MEDIATED SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on the "Report[s] of Mediation" (documents ##92 and 93) advising that the March 15, 2019 mediated settlement conference ended in an impasse. Accordingly, the **STAY** entered March 8, 2019 is **LIFTED**.

In their Report (document #93), the parties agree on a briefing schedule for the pending Motion for Sanctions (document #80). Accordingly, **IT IS ORDERED** that the deadline for Defendants' responses is April 5, 2019, and that Plaintiffs' reply is due on or before April 15, 2019.

The parties are otherwise in disagreement except for their request for a judicial settlement conference sometime after April 26, 2019. It is apparent from their Report, however, that the mediation failed without even one complete round of offers. Under these circumstances, a judicial settlement conference is not warranted. Accordingly, the Court will not consider a judicial settlement conference until the parties report by joint motion that they have made progress towards settlement.

If any party seeks an extension of other deadlines, they may do so by separate motion. <u>The parties are cautioned that the dispositive motions deadline, the motions hearing setting, and the trial date will not be extended</u>.

**SO ORDERED**.

Signed: March 26, 2019

David S. Cayer
United States Magistrate Judge

HTPL: 727781v1