# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00738-KDB-DSC

| | |
|---|---|
| ROSEANN GEIGER et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| H&H FRANCHISING SYSTEMS, INC. et. al., | ) |
| | ) |
| Defendants. | ) |

Before the Court is "Plaintiffs' Motion to Continue Trial and Certain Pretrial Deadlines" (document #147). The Motion is **GRANTED IN PART**, that is, this matter is continued from the July 1, 2019 trial setting. A revised pretrial schedule and trial setting will be determined following a status conference to be scheduled by the District Judge.

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: June 19, 2019

David S. Cayer
United States Magistrate Judge